STATE OF NEW JERSEY v. GEORGE R. CONNOR, *ET AL.*

October 7, 1970. Petition for certification denied.

GIMBEL BROTHERS, INC. v.
BERNARD W. GIMBEL, INC., *ET AL.*

October 7, 1970. Petition for certification denied.

M. LILLEY CAPODANNO v. ROCCO T. CAPODANNO.

October 7, 1970. Petition for certification granted.

JEAN A. SAGE v. STOCKTON STATION, INC.

October 7, 1970. Petition for certification denied.

ROSENDO CHAPARRO v. W. G. FRITZ CO., INC.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY ARTHUR FOREMAN.

October 7, 1970. Petition for certification denied.